ENTER / JS-6

FILED
CLERK, U.S. DISTRICT COURT
MAY 21 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JOHN J. GUILLORY, | ) | Case No. CV 10-2909 DOC (AN) |
|---|---|---|
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| ROBERT HOREL, WARDEN, | ) | |
| Respondent. | ) | |

IT IS HEREBY ADJUDGED THAT the First Amended Petition is summarily dismissed without prejudice for the reasons stated in the related Order.

DATED: May 21, 2010

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAY 21 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY